# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| TONYA R. CHAPMAN and KENNYACHTTA S. CHAPMAN, | ) ) ) | JUDGMENT IN CASE |
| Plaintiffs, | ) ) | 1:18-cv-00093-MR-DLH |
| vs. | ) ) | |
| LIL CEASER COMPANY, MELOTTE ENTERPRISE, INC., PAUL MELOTTE, LORA LEIGH, ACURA BLANTON and AMANDA SIMS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 20, 2018 Order.

April 20, 2018

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court